IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CR390 |
| | ) | |
| THOMAS KNIFECHIEF, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Magistrate Judge Thalken has granted the defendant's motion for leave to file pretrial motions out of time, and the defendant's motion to suppress is set for hearing on January 14, 2010.

**IT THEREFORE IS ORDERED** that the jury trial now scheduled for January 26, 2010 is cancelled. A new trial date will be set in accordance with the Speedy Trial Act after the district judge rules on the defendant's motion.

DATED December 23, 2009.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**