# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CR390** |
| vs. | ) | |
| | ) | **ORDER** |
| **THOMAS KNIFECHIEF,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the government's motion to continue trial (Doc. 35) due to counsel's scheduling conflict. The motion is unopposed. For good cause shown,

**IT IS ORDERED** that the motion to continue trial (Doc. 35) is granted, as follows:

1. The jury trial now set for March 23, 2010 is continued to **April 20, 2010.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **March 23, 2010 and April 20, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because the failure to grant a continuance would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 2, 2010.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**